Sam Rosenberg, appellee, v. Herman Elenbogen, appellant. Gen. No. 28,936.

Action for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed June 30, 1924.

Morris K. Levinson, for appellant. Aaron Soble, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Minnie Meyer, appellee, v. Oscar Rubin, appellant. Gen. No. 28,945.

Action upon contract for payment of money. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924. Rehearing denied July 11, 1924.

Clark & Clark, for appellant; Granville W. Browning, of counsel. Charles H. Aldrich and Henry M. Hagan, for appellee; Chester D. Kern, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Charles Pozin, appellee, v. Kosher Star Sausage Manufacturing Company, appellant. Gen. No. 28,957.

Action upon contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edward E. Laughlin, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924.

Kaplan & Kaplan, for appellant. Edelson & Paullin, for appellee; Hyland J. Paullin and Julius H. Aronson, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Arthur Freund, appellee, v. Jacob Laskin et al., trading as J. Laskin & Sons, appellants. Gen. No. 28,966.

Action upon contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924.

Finnegan & Blumenthal and Brown, Brown & Brown, for appellants. Moses, Rosenthal & Kennedy, for appellee; Robert Bachrach and Laurence W. Beilenson, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Harry Simpson, appellee, v. Mandel Brothers, appellant. Gen. No. 28,979.

Judgment for plaintiff on findings of court. Appeal from the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 30, 1924.

Albert S. Louer and Mergentheim, Altheimer & Mayer, for appellant; A. B. Manion, of counsel. A. L. Williams, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.